1

2

3

4 **UNITED STATES DISTRICT COURT**

5 **DISTRICT OF NEVADA**

6

7  CLARK D. MORSE,                                          )
                                                            )
8              Petitioner,                                  )        3:11-cv-00076-ECR-VPC
                                                            )
9  vs.                                                      )
                                                            )        ORDER REGARDING FILING FEE
10 JACK PALMER, et al.,                                     )
                                                            )
11             Respondents.                                 )
   _____/

12

13         Petitioner has submitted a habeas corpus petition pursuant to 28 U.S.C. § 2254, but has

14 neither paid the required filing fee nor filed an appropriate motion for leave to proceed *in forma*

15 *pauperis*.  The petition cannot be filed without either payment of the required filing fee or a grant of

16 leave to proceed *in forma pauperis* based on a fully complete motion.  Petitioner shall be sent the correct

17 pauper form for use should he wish to file a motion for leave to proceed *in forma pauperis* in this action.

18 Accordingly, Petitioner shall be given leave to proceed *in forma pauperis* on a temporary basis.

19         **IT IS THEREFORE ORDERED** that the Clerk shall send to petitioner a set of forms

20 for a motion to proceed *in forma pauperis*.  Petitioner shall have thirty (30) days from the date of the

21 entry of this order within which to either pay the required filing fee, or file a fully and properly

22 completed motion for leave to proceed *in forma pauperis.*  The failure to timely do so will result in the

23 dismissal of this action.

24         Dated, this 9th day of February, 2011.

25                                                          _____
                                                            UNITED STATES DISTRICT JUDGE

26