AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_\_\_\_

CLARK D. MORSE,

      Petitioner,  JUDGMENT IN A CIVIL CASE

V.

         CASE NUMBER:   3:11-cv-00076-ECR-VPC

JACK PALMER, et al.,

      Respondents.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss [10] is GRANTED. The petition is DISMISSED WITH PREJUDICE. IT IS FURTHER ORDERED that no certificate of appealability shall issue.

 July 20, 2011                                          **LANCE S. WILSON**
                                                                Clerk

                                                            /s/  M. Campbell
                                                           Deputy Clerk